JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY STRAIN, | ) | Case No.: CV 12-617 DSF (JCGx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| JP MORGAN CHASE BANK, | ) | |
| Defendant. | ) | |

The Court having granted a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b),

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/13/12

Dale S. Fischer
United States District Judge